**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DUPREE WILSON**, In Propria Persona, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 15 C 3105 |
| | ) | |
| **PEOPLE OF THE STATE**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

It is not always easy for even a licensed lawyer to deal with courts or issues with which

he or she is unfamiliar -- and understandably that task is even more daunting for the nonlawyer

who seeks to represent himself or herself without benefit of counsel. Just so here, where pro se

plaintiff Dupree Wilson ("Wilson") might perhaps appear to have the possibility of bringing a

federal action under 42 U.S.C. § 1983 at some point,[1] but he has instead filed what he

erroneously labels a "Counterclaim/Counter Sue," a label that he has coupled with a meaningless

hand-printed additional caption reading "Notice of Removal From the 18th Judicial Circuit To

the Northern District Pursuant 18 U.S.C. § 241."

It is difficult to know just where to begin in recounting the fundamental flaws in Wilson's

filing -- to borrow a famous sentence from Elizabeth Barrett Browning's love poem to Robert

Browning in Sonnets From the Portuguese:

Let me count the ways.

---

[1] This Court is not of course voicing a finding or holding in that respect -- the hedges
"might perhaps" and "at some point" have been employed deliberately here.

To begin with, for example, he targets the "People of the State" as his defendant, heedless of the sovereign immunity that insulates the State of Illinois from such lawsuits. Another indicium of Wilson's hubris might be gleaned from his having tendered the Clerk's-Office-supplied form of Motion for Attorney Representation, but having filled it in with the statement "I am standing in propria persona, representing myself" and having completed that section of the form by stating (the portion without underlining is quoted from the form, while the handwritten response is underlined):

but I am unable to find an attorney because: I am not looking for an attorney.
Most significantly, though, Wilson has tendered an additional 14-page submission (exclusive of exhibits from the Illinois state court misdemeanor complaint in which Wilson is named as the defendant) that is nothing more than a hodgepodge that graphically discloses the bizarre legal universe in which Wilson seeks to place himself.

It is frankly hopeless to attempt to summarize Wilson's approach to the attempted creation of a currently viable federal action drawn out of the pending state prosecution in which he is embroiled. It must instead be read to be appreciated (or, more accurately, unappreciated). In brief, this Court concludes that Wilson's attempted lawsuit is frivolous in the senses conveyed by Neitzke v. Wilson, 490 U.S. 319 (1989) and Denton v. Hernandez, 504 U.S. 25 (1992). Hence this action is dismissed and Wilson's accompanying In Forma Pauperis Application is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 14, 2015

- 2 -